IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL S. ZIEGLER,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 14-cv-73-wmc

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered granting respondent Deborah McCulloch's motion to dismiss and dismissing this case without prejudice to refiling after petitioner has exhausted all available state court remedies.

    /s/                                                               5/16/2014

Peter Oppeneer, Clerk of Court                                Date